```
                          United States Bankruptcy Court
                           Southern District of Florida
In re:                                                          Case No. 13-18295-JKO
Manuel Cabrera                                                  Chapter 13
Esthel Cabrera
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 113C-0         User: groomsd              Page 1 of 4              Date Rcvd: Apr 17, 2013
                             Form ID: pdf008            Total Noticed: 88


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2013.
db/jdb      +Manuel Cabrera,    Esthel Cabrera,   917 NW 107 Ave,   Hollywood, FL 33026-4003
smg         +Broward County Tax Collector,    115 S Andrews Ave,   Ft Lauderdale, FL 33301-1818
smg          Florida Department of Revenue,   POB 6668,    Bankruptcy Division,   Tallahassee, FL 32314-6668
91243665    +American Express,    American Express Special Research,   Po Box 981540,    El Paso, TX 79998-1540
91243676    +Ars Account Resolution,    5100 W Copans Rd Ste 500,   Margate, FL 33063-7733
91243689     BCA Financial Services, INC,    18001 Old Cutler Road,   Suite 462,   Miami, FL 33157-6437
91243680    +Bank Of America,    Attention: Recovery Department,   4161 Peidmont Pkwy.,
              Greensboro, NC 27410-8110
91243679    +Bank Of America,    Attn: Bankruptcy NC4-105-0314,   Po Box 26012,   Greensboro, NC 27420-6012
91243678    +Bank Of America,    Po Box 982235,   El Paso, TX 79998-2235
91243684    +Bank Of America, N.a.,    4161 Piedmont Pkwy,   Greensboro, NC 27410-8119
91243688    +Bankamerica,    Mc: Nc4-105-03-14,   4161 Piedmont Pkwy,   Greensboro, NC 27410-8110
91243690    +Bk Of Amer,    Attn: Correspondence Unit/CA6-919-02-41,   Po Box 5170,
              Simi Valley, CA 93062-5170
91243695     Bobo, Hunt, White and Nance,    P.O. Box 169,   Shelbyville, TN 37162-0169
91243696    +Caf/Carmax Auto Finance,    Attn: Bankruptcy,   225 Chastain Meadows Ct.,
              Kennesaw, GA 30144-5942
91243697    +Cap One,   26525 N Riverwoods Blvd,   Mettawa, IL 60045-3438
91243698    +Cap1/bstby,   Po Box 30253,    Salt Lake City, UT 84130-0253
91243699    +Capital 1 Bank,    Attn: Bankruptcy Dept.,   Po Box 30285,   Salt Lake City, UT 84130-0285
91243702    +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
91243704    +Chase- Bp,   P.o. Box 15298,    Wilmington, DE 19850-5298
91243705    +Chase-pier1,    Attn: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850-5298
91243707    +Citgo Oil / Citibank,    Attn: Bankruptcy,   Po Box 20363,   Kansas City, MO 64195-0363
91243708    +Citibank Sd, Na,    Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
91243709    +Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,   Po Box 20507,
              Kansas City, MO 64195-0507
91243713    +Comenity Bank/mandee,    995 W 122nd Ave,   Westminster, CO 80234-3417
91243714    +Complete Collection Sv,    4833 N Dixie Hwy,   Oakland Park, FL 33334-3928
91243717    #+Deca Financial Service,    12175 Visionary Way,   Fishers, IN 46038-3069
91243718    +Dsnb Macys,    9111 Duke Blvd,   Mason, OH 45040-8999
91243725    +FNCC/Legacy Visa,    Attn: Bankruptcy,   Po Box 5097,   Sioux Falls, SD 57117-5097
91243719    +Fcs Of Midam,    375 Jackson Street,   Saint Paul, MN 55101-1810
91243720    +First Federal Credit C,    24700 Chagrin Blvd Ste 2,   Cleveland, OH 44122-5662
91243722     First Federal Credit Control,    24700 Chagrin Blvd,   Ste 205,   Beachwood, OH 44122-5662
91243726     Focus Financial Services,    P.O. Box 340,   Boynton Beach, FL 33425-0340
91243728    +Ford Cred,    Ford Credit,   Po Box 6275,   Deerborn, MI 48121-6275
91243746    +Highlands Independent,    2600 Us Highway 27 N,   Sebring, FL 33870-1871
91243747    +Hsbc/saks,    140 W Industrial Dr,   Elmhurst, IL 60126-1602
91243751     LCA Collections,    P.O. Box 2240,   Burlington, NC 27216-2240
91243750     LabCorp,   P.O. Box 2240,    Burlington, NC 27216-2240
91243763     MUSC Health Medical University of South,    1 Poston Road,   Suite 350,
              Charleston, SC 29407-3431
91243762     MUSC Health Medical University of South,    P.O. Box 932933,   Atlanta, GA 31193-2933
91243754     Main St. Childrens Dentistry,    of kendall, P.A.,   7887 N Kendall Dr #200,
              Miami, FL 33156-7494
91243755     Memorail Healthcare System,    P.O. Box 863436,   Orlando, FL 32886-3436
91243756     Memorial Healthcare System,    P.O. Box 863436,   Orlando, FL 32886-3436
91243757    +Memorial Healthcare System,    Customer Financial Services,   2900 Corporate Way,
              Hollywood, FL 33025-3925
91243758    +Memorial Healthcare System Patient,    Financial Services,   2900 Corporate Way,
              Hollywood, FL 33025-3925
91243759    +Memorial Hospital West,    P.O. Box 2858,   Raleigh, NC 27602-2858
91243760     Memorial Regional Hospital,    P.O. Box 628249,   Orlando, FL 32862-8249
91243761    +Miami Pd Cu,    5710 Mineral Pt Rd,   Madison, WI 53705-4454
91243764    +National Enterprise Systems,    29125 Solon Road,   Solon, OH 44139-3442
91243765     Nationwide Recovery Services,    P.O. Box 8005,   Cleveland, TN 37320-8005
91243769     Quest Diagnostic,    P.O. Box 740781,   Cincinnati, OH 45274-0781
91243770    +Quest Diagnostics,    P.O. Box 740781,   Cincinnati, OH 45274-0781
91243785    +Sears/cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
91243786    +Sheridan Health Corp, Inc.,    P.O. Box 817737,   Hollywood, FL 33081-1737
91243787     South Florida ENT Associates,    14750 NW 77th Ct,   Suite 200,   Hialeah, FL 33016-1507
91243788    +South Florida Pediatric Surgeons,    1150 N 35 Ave,   Suite 555,   Hollywood, FL 33021-5431
91243789    +Target Credit Card (TC),    C/O Financial & Retail Services,   Mailstop BT P.O. Box 9475,
              Minneapolis, MN 55440-9475
91243790    +Victoria's Secret,    Attention: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
91243793    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,   Frederick, MD 21701)
91243798    +WFNNB/Mandees,    Po Box 182686,   Columbus, OH 43218-2686
91243791    +Wachovia Bank Vasf/Wells Fargo,    Po Box 31557,   Mac B6955-01b,   Billings, MT 59107-1557
91243792    +Wells Fargo,    Po Box 60510,   Los Angeles, CA 90060-0510
91243796    +Wffnatbank,    Po Box 10438,   Des Moines, IA 50306-0438
```

```
District/off: 113C-0          User: groomsd              Page 2 of 4         Date Rcvd: Apr 17, 2013
                              Form ID: pdf008            Total Noticed: 88


91243797     +Wfnnb/Express,    Attention: Bankruptcy,    Po Box 182685,    Columbus, OH 43218-2685
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
91243675      E-mail/Text: bnc-applied@quantum3group.com Apr 18 2013 00:36:06      Applied Bank,
               601 Delaware Ave,    Wilmington, DE 19801
91243674      E-mail/Text: bkrpt@retrievalmasters.com Apr 18 2013 00:33:14
               American Medical Collection Agency,    P.O. Box 1235,    Elmsford, NY 10523-0935
91243677     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 18 2013 00:33:09      Asset Acceptance Llc,
               Po Box 1630,    Warren, MI 48090-1630
91243687     +E-mail/Text: bknotices@bankofthewest.com Apr 18 2013 00:33:53      Bank Of The West,
               2527 Camino Ramon,    San Ramon, CA 94583-4213
91243691     +E-mail/Text: bankruptcynotices@bmwfs.com Apr 18 2013 00:36:10      Bmw Financial Services,
               Attn: Bankruptcy Department,    5550 Britton Pkwy,    Hilliard, OH 43026-7456
91243701     +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Apr 18 2013 00:34:21
               Capital One Auto Finance,    3901 N Dallas Pkwy,    Plano, TX 75093-7864
91243703     +E-mail/Text: bk.notifications@jpmchase.com Apr 18 2013 00:32:49      Chase Auto,
               Attn: National Bankruptcy Dept,    201 N Central Ave   Az1-1191,    Phoenix, AZ 85004-1071
91243706     +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2013 00:39:19      Chevron Texaco/ GE Capital,
               Attn: Consumer Creditt,    Po Box 103104,    Roswell, GA 30076-9104
91243716     +E-mail/Text: creditonebknotifications@resurgent.com Apr 18 2013 00:32:36      Credit One Bank,
               Po Box 98873,    Las Vegas, NV 89193-8873
91243733     +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2013 00:39:20      GEMB / Old Navy,    Attention: GEMB,
               Po Box 103104,    Roswell, GA 30076-9104
91243729     +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2013 00:39:20      Gecrb/city Furniture,
               C/o Po Box 965036,    Orlando, FL 32896-0001
91243730     +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2013 00:42:44      Gecrb/gap,    Po Box 965005,
               Orlando, FL 32896-5005
91243732     +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2013 00:39:20      Gecrb/walmart,    Po Box 965024,
               Orlando, FL 32896-5024
91243739     +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2013 00:39:20      Gemb/JC Penny,
               Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
91243735     +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2013 00:39:20      Gemb/care Credit,
               Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
91243737     +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2013 00:39:20      Gemb/chevron,
               Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
91243738     +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2013 00:39:20      Gemb/city Furniture,
               Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
91243744     +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2013 00:39:21      Gemb/walmart,    Attn: Bankruptcy,
               Po Box 103104,    Roswell, GA 30076-9104
91243749     +E-mail/Text: cio.bncmail@irs.gov Apr 18 2013 00:30:21      IRS,    Special Procedures,    POB 7346,
               Philadelphia, PA 19101-7346
91243752     +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2013 00:39:21      Lowes /GECRB,
               Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
91243766     +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 18 2013 00:35:35      Nco/inovision-medclr,
               Attn: Bankruptcy,    507 Prudential Rd,    Horsham, PA 19044-2308
91243767     +E-mail/Text: bnc@nordstrom.com Apr 18 2013 00:32:41      Nordstrom FSB,
               Attention:  Bankruptcy Department,    Po Box 6566,    Englewood, CO 80155-6566
91243768      E-mail/Text: gangell@healthtechrm.com Apr 18 2013 00:35:16      Pathology Consultants of SB,
               5755 Hoover Blvd,    Tampa, FL 33634-5340
91243781     +E-mail/Text: Bankruptcy.Dept.MGM@Regions.com Apr 18 2013 00:33:52      Regions Bank,
               2050 Parkway Office Circle,    Hoover, AL 35244-1805
91243783     +E-mail/Text: mtg.bankruptcy@regions.com Apr 18 2013 00:33:28      Regions Mortgage,    Bankruptcy,
               Po Box 18001,    Hattiesburg, MS 39404-8001
                                                                                              TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
91243664       Abn Amro Mortgage Grou
91243712       Comenity Bank/express
91243669*    +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
91243670*    +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
91243671*    +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
91243672*    +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
91243673*    +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
91243666*    +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
91243667*    +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
91243668*    +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
91243682*    +Bank Of America,    Attention: Recovery Department,    4161 Peidmont Pkwy.,
               Greensboro, NC 27410-8110
91243681*    +Bank Of America,    Po Box 982235,    El Paso, TX 79998-2235
91243683*    +Bank Of America,    Po Box 982235,    El Paso, TX 79998-2235
91243685*    +Bank Of America, N.a.,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
91243686*    +Bank Of America, N.a.,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
91243692*    +Bmw Financial Services,    Attn: Bankruptcy Department,    5550 Britton Pkwy,
               Hilliard, OH 43026-7456
91243693*    +Bmw Financial Services,    Attn: Bankruptcy Department,    5550 Britton Pkwy,
               Hilliard, OH 43026-7456
91243694*    +Bmw Financial Services,    Attn: Bankruptcy Department,    5550 Britton Pkwy,
               Hilliard, OH 43026-7456
91243700*    +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
```

```
District/off: 113C-0               User: groomsd              Page 3 of 4              Date Rcvd: Apr 17, 2013
                                   Form ID: pdf008            Total Noticed: 88

             ***** BYPASSED RECIPIENTS (continued) *****
91243710*     +Citibank Usa,   Citicorp Credit Services/Attn: Centraliz,   Po Box 20507,
               Kansas City, MO 64195-0507
91243711*     +Citibank Usa,   Citicorp Credit Services/Attn: Centraliz,   Po Box 20507,
               Kansas City, MO 64195-0507
91243715*     +Complete Collection Sv,   4833 N Dixie Hwy,   Oakland Park, FL 33334-3928
91243721*     +First Federal Credit C,   24700 Chagrin Blvd Ste 2,   Cleveland, OH 44122-5662
91243723*      First Federal Credit Control, Inc,   24700 Chagrin Blvd, Ste 205,   Beachwood, OH 44122-5662
91243727*     +Focus Financial Services,   POB 340,   Boynton Beach, FL 33425-0340
91243734*     +GEMB / Old Navy,   Attention: GEMB,   Po Box 103104,   Roswell, GA 30076-9104
91243731*     +Gecrb/gap,   Po Box 965005,   Orlando, FL 32896-5005
91243740*     +Gemb/JC Penny,   Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
91243741*     +Gemb/JC Penny,   Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
91243742*     +Gemb/JC Penny,   Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
91243743*     +Gemb/JC Penny,   Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
91243736*     +Gemb/care Credit,   Attn: bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
91243745*     +Gemb/walmart,   Attn: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
91243748*     +Hsbc/saks,   140 W Industrial Dr,   Elmhurst, IL 60126-1602
91243753*     +Lowes /GECRB,   Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
91243771*      Quest Diagnostics,   P.O. Box 740781,   Cincinnati, OH 45274-0781
91243772*      Quest Diagnostics,   P.O. Box 740781,   Cincinnati, OH 45274-0781
91243773*      Quest Diagnostics,   P.O. Box 740781,   Cincinnati, OH 45274-0781
91243774*      Quest Diagnostics,   P.O. Box 740781,   Cincinnati, OH 45274-0781
91243775*      Quest Diagnostics,   P.O. Box 740781,   Cincinnati, OH 45274-0781
91243776*      Quest Diagnostics,   P.O. Box 740781,   Cincinnati, OH 45274-0781
91243777*      Quest Diagnostics,   P.O. Box 740781,   Cincinnati, OH 45274-0781
91243778*      Quest Diagnostics,   P.O. Box 740781,   Cincinnati, OH 45274-0781
91243779*      Quest Diagnostics,   P.O. Box 740781,   Cincinnati, OH 45274-0781
91243780*      Quest Diagnostics,   P.O. Box 740781,   Cincinnati, OH 45274-0781
91243782*     +Regions Bank,   2050 Parkway Office Circle,   Hoover, AL 35244-1805
91243784*     +Regions Mortgage,   Bankruptcy,   Po Box 18001,   Hattiesburg, MS 39404-8001
91243794*    ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,   Frederick, MD 21701)
91243795*    ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,   Frederick, MD 21701)
91243799*     +WFNNB/Mandees,   P.O. Box 182686,   Columbus, OH 43218-2686
91243724    ##+Florida Institution Cardiovascular Care,   3702 Washington St,   Suite 403,
               Hollywood, FL 33021-8284
                                                                                             TOTALS: 2, * 48, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2013**                    **Signature:**        _/s/ Joseph Speetjens_

```
District/off: 113C-0          User: groomsd           Page 4 of 4            Date Rcvd: Apr 17, 2013
                              Form ID: pdf008         Total Noticed: 88


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2013 at the address(es) listed below:
              James A Poe    on behalf of Debtor Manuel Cabrera jpoe@jamesalanpoepa.com,   poebankruptcy@gmail.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robin R Weiner    ecf@ch13weiner.com;ecf2@ch13weiner.com
                                                                                             TOTAL: 3
```

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | | |
|---|---|---|---|
| DEBTOR: **Manuel Cabrera** | JOINT DEBTOR: **Esthel Cabrera** | CASE NO.: **13-18295 -JKO** |
| Last Four Digits of SS# **xxx-xx-9129** | Last Four Digits of SS# **xxx-xx-2725** | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A.  $ **2,294.07**  for months **1**  to **3** ;
  B.  $ **230.57**  for months **4**  to **60** ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,500.00**  TOTAL PAID $ **1,176.00**
Plus 2 Motion to Value Fees for total of $5,750.00
Balance Due  $ **4,574.00**  payable $ **1,524.66** /month  (Months **1** to **3**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**
Address:                                     Arrearage on Petition Date  $
                                             Arrears Payment  $              /month   (Months  to  )
Account No:                                  Regular Payment  $              /month   (Months  to  )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| FCS of Midlam<br>375 Jackson Street<br>Saint Paul, MN 55101<br>#7666264900 | Wolfpen Road South<br>Dunlap, TN 37327<br>$ 8,000.00 | 5.25% | $ 270.00<br>$ 145.68 | 1 to 3<br>4 to 60 | 9,113.27 |
| Wells Fargo Hm Mortgage<br>8480 Stagecoach Circle<br>Frederick, MD 21701<br>#7080073224453 | 14812 S.W 125th Ct<br>Miami, FL 33186<br>$ 90,000.00 | 5.25% | $ 270.00<br>$ 1,784.47 | 1 to 3<br>4 to 60 | 102,524.32 |
| Regions Bank<br>2050 Parkway Office Circle<br>Hoover, AL 35244<br>#000927040000000009003542695 | 917 NW 107 Ave<br>Pembroke Pines, FL 33026<br>$ 130,000.00 | 0 % | $ 0.00 | 1 to 60 | 0.00 |

**Unsecured Creditors:** Pay $140.36/month (Months 4 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Special Intentions:**
Bank of the West (168740336)(08 boat): Debtor(s) is paying the Creditor directly.
Bank of America (59101000269874)(RV): Debtor(s) is paying the Creditor directly.
BMW Financial Services (1001344678)(2011 BMW 325): Debtor(s) is paying the Creditor directly.
Ford Creditors (47752497)(2012 Ford 150):   Debtor(s) is paying the Creditor directly.
Highlands Independent (102530352501) (Lake Placid Fl):  The debtor is surrendering the interest in the Property to the Creditor.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /S/ for Manuel Cabrera                         /S/ for Esthel Cabrera
**Manuel Cabrera**                              **Esthel Cabrera**
Debtor                                          Joint Debtor
Date:  APRIL 12, 2013                           Date:  APRIL 12, 2013